# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2006

130542-43 (56)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

INTERNATIONAL HOME FOODS, INC.,
          Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
          Defendant-Appellant.

_____

SC: 130542
COA: 253748
Ct of Claims: 02-000081-MT

LENOX, INC.,
          Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
          Defendant-Appellant.

_____

SC: 130543
COA: 253760
Ct of Claims: 01-018141-MT

On order of the Chief Justice, the motion by Council on State Taxation for leave to file a  brief *amicus curiae* is considered and it is GRANTED.

I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2006

Clerk